UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Demario Ridley,

    Defendant.

                                      /

Criminal No. 22-mj-30275

## MOTION AND ORDER TO UNSEAL THE COMPLAINT AND ARREST WARRANT

The United States of America requests the court to unseal the Complaint, Arrest Warrant, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

Respectfully submitted,

DAWN N. ISON
United States Attorney

*s/Ranya Elzein*
Ranya Elzein OH 0090887
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
ranya.elzein@usdoj.gov
(313) 226-0213

Dated: January 5, 2023

**IT IS SO ORDERED.**

                                                    s/Elizabeth A. Stafford
                                                    Elizabeth A. Stafford
                                                    United States Magistrate Judge

Entered: January 5, 2023